No. 681.—EDWARD MOORE, Tutor, et al. *v.* B. B. SIMMS, Administrator.

21   649
104   652
104   653

The affidavit of the District Judge, filed in the Supreme Court in 1867, stating that an appeal was granted in open court in 1862, is not sufficient to maintain the appeal in the absence of an order of appeal in the record.

APPEAL from Thirteenth District Court, parish of Avoyelles.  *Cullom*, J.  *H. S. L. Taylor*, for plaintiffs and appellees.  *E. Philips* and *A. B. Irion*, for defendant and appellant.

WYLY, J.   The appellees move to dismiss this appeal because there never was an order of appeal on motion entered on the minutes of the

court and no appeal was granted on petition. We find no order of appeal in the record.

The judgment was signed on nineteenth December, 1362, but the transcript was only filed in this court on fourth September, 1867. On the same day the affidavit of the judge was filed, stating that the appeal was granted on motion in open court, and if not entered on the minutes of the court it was an omission of the clerk. If the clerk omitted to enter the motion and order of appeal on the minutes of the court, the appellant could have caused the entry to be made, *nunc pro tunc*, at a subsequent term of the court. 6 A. 707. It does not appear that this has ever been done, and the motion must therefore prevail. ·

It is ordered that this appeal be dismissed at appellant's costs.